## CLARK CIVIL TOWNSHIP *v.* PEOPLE'S STATE BANK OF OAKLAND CITY, INDIANA.

[No. 2,583. Filed June 15, 1898.]

From the Perry Circuit Court. *Affirmed.*

*Sol. H. Esarey*, for appellant.

*Charles A. Weathers*, for appellee.

HENLEY, C. J.—This cause involves the same questions as those considered and passed upon by this court in the case of *Clark School Township, etc.*, v. *Grossius, ante*, 322. On the authority of that case the judgment in this cause is affirmed.